# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**RICHARD TOMMY GORDON**                                                          **PETITIONER**

**VS.**              **CASE NO.: 5:14CV00456 KGB/BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction**                                              **RESPONDENT**

## ORDER

Pending is Petitioner Richard Tommy Gordon's motion for an extension of time and for reconsideration. (Docket entry #13) The motion is GRANTED in part and DENIED in part.

Mr. Gordon asks the Court to reconsider its denial of his motion to stay and to appoint counsel. (#8) For the reasons previously stated, this request is denied. Mr. Gordon also asks for an additional sixty (60) days to respond to the Court's Order. (#12) This request is granted. Mr. Gordon's response to the Court's Order is now due on or before June 8, 2015.

IT IS SO ORDERED, this 8th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE