IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICHARD TOMMY GORDON**                                                              **PETITIONER**

v.                              Case No. 5:14-cv-00456 KGB-PSH

**WENDY KELLEY**, Director of the
Arkansas Department of Correction                                           **RESPONDENT**

## ORDER

The Court has received Proposed Findings and Recommendations from United States Magistrate Judge Patricia S. Harris (Dkt. No. 27). Plaintiff Richard Tommy Gordon has filed an objection to the Proposed Findings and Recommendations (Dkt. No. 28). After careful review of the Proposed Findings and Recommendations, the timely objections, and a *de novo* review of the record, the Court concludes that Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

Pursuant to 28 U.S.C. § 2253 and Rule 11 of the Rules Governing Section 2554 Cases in the United States District Court, the Court must determine whether to issue a certificate of appealability in the final order. In § 2254 cases, a certificate of appealability may issue only if the applicant has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). The Court finds no issue on which petitioner has made a substantial showing of a denial of a constitutional right. Thus, the certificate of appealability is denied.

SO ORDERED this 8th day of January, 2016.

*/s/ Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE