IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICHARD TOMMY GORDON**                                                                   **PETITIONER**

v.                              **Case No. 5:14-cv-00456 KGB-PSH**

**WENDY KELLEY, Director of the**
**Arkansas Department of Correction**                                                **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing with prejudice this petition for writ of *habeas corpus*. The relief sought is denied. The certificate of appealability is denied.

SO ADJUDGED this 8th day of January, 2016.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE